UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVI HOLDING EASTERN CORP., SHAO LUNG HUANG,

                Plaintiffs,

v.

KEI YUNG WONG, STY & WKY INC., & ROCKVILLE VIVI TEA, INC.,

                Defendants.

**ORDER**

20 Civ. 1110 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       In this action, Plaintiffs Vivi Holding Eastern Corp. and Shao Lung Huang assert Lanham Act claims for trademark infringement, trademark counterfeiting, and unfair competition, and a state law breach of contract claim, against Defendants Kei Yung Wong, STY & WKY Inc., and Rockville Vivi Tea, Inc.  (Am. Cmplt. (Dkt. No. 22) ¶¶ 39-58)

       Defendants moved to dismiss under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, and Rule 12(b)(6) for failure to state a claim.  (Def. Mot. (Dkt. No. 25); Def. Br. (Dkt. No. 28) at 7-11)

       In a January 19, 2023 order, this Court granted Defendants' motion to dismiss for lack of personal jurisdiction, and directed Plaintiffs to file any motion for leave to file a Second Amended Complaint by February 1, 2023.  (Jan. 19, 2023 Order (Dkt. No. 34) at 10-11)  No motion or any other submission has been filed since this Court's Order.

       Accordingly, the Clerk of Court is directed to close this case.

Dated:  New York, New York
        February 21, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge